| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |
| 5 | |
|   | Counsel for Defendant RODNEY STEVENSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09 01123 DLJ; CR-02 40198 DLJ; |
| | ) | CR 00 40174 DLJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND **ORDER** |
| | ) | CONTINUING SURRENDER DATE |
| RODNEY STEVENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to this Court's order, Rodney Stevenson presently is scheduled to surrender himself to the Bureau of Prisons on Monday, January 25, 2010. The parties recently learned that the Bureau of Prisons has not yet designated Mr. Stevenson to a facility because it wishes the probation officer to prepare a supplemental probation report regarding the latest offense of conviction. U.S. Probation Officer John D. Woods has confirmed that the Bureau of Prisons has given him three weeks to file the supplemental report.

For these reasons, IT IS STIPULATED AND AGREED that the date by which Mr. Stevenson must surrender himself to the Bureau of Prisons or the U.S. Marshals is CONTINUED to Friday, February 19, 2010, on or before 12:00 p.m.

STIP/ORD                                                                1

1 | Dated: January 22, 2010

_____/s/_____
KESLIE STEWART
Assistant United States Attorney

4 | Dated: January 22, 2010

_____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the date by which Mr. Stevenson must surrender himself to the Bureau of Prisons or the U.S. Marshals is CONTINUED to Friday, February 19, 2010, on or before 12:00 p.m.

Dated: January 22, 2010

_____
D. LOWELL JENSEN
United States District Judge

STIP/ORD                                            2