1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant RODNEY STEVENSON
6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No.  CR 09 01123 CW
11                                     )
                 Plaintiff,            )   STIPULATION AND [~~PROPOSED~~]
12                                     )   ORDER VACATING HEARING DATE
   vs.                                 )   AND SETTING DATE FOR ADMISSION
13                                     )   OF SUPERVISED RELEASE VIOLATION
   RODNEY STEVENSON,                   )
14                                     )
                 Defendant.            )
15 _____)

16

17       This matter presently is scheduled for a violation hearing on 12 May 2015.  The parties

18 have reached a resolution of this matter which they intend to propose to the Court in lieu of an

19 evidentiary hearing.

20       For this reason, IT IS STIPULATED AND AGREED that the violation hearing set for 12

21 May 2015 may be vacated and that the matter be set for admission and disposition on 6 May

22 2015.

23

24

25

26

   STIP/ORDER                                  1

|   |   |
|---|---|
| Dated: 29 April 2015 | /s/ <br> _____ <br> JOSEPH ALIOTO, JR. <br> Assistant United States Attorney |
| Dated: 29 April 2015 | /s/ <br> _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

Good cause appearing therefor, IT IS ORDERED that the violation hearing set for 12 May 2015 is VACATED. The matter is rescheduled for admission and disposition on 6 May 2015.

Dated: __May 1__, 2015

_____
CLAUDIA WILKEN
United States District Judge

STIP/ORDER        2